## TITAN SHIPPING CO., INC. v. UNITED STATES

No. 5342.—Invoice dated Paris, France, December 22, 1936.
Certified December 23, 1936.
Entered at New York January 4, 1937.
Entry No. 797111.

(Order dated July 11, 1941)

Mary Rehan for the plaintiff.
Paul P. Rao, Assistant Attorney General (Daniel I. Auster, special attorney), for the defendant.

ORDER

The plaintiffs in the above-entitled action having made a motion for an order to include in the case 132740–A covering entry 797111 the boxes appearing therein as part of the stipulation, decision and judgment order in the cases decided for the above-entitled plaintiffs on June 13, 1941.

Now, on reading the motion and the affidavit of Mary Rehan, sworn to the 3rd day of July, 1941, in support of said motion, with due proof of service on the attorneys for the defendant herein, who offer no opposition thereto, and due deliberation having been had, it is, on motion of said Mary Rehan

ORDERED, that said motion be and the same is hereby in all respects granted.

Enter,
D. H. KINCHELOE,
Acting Presiding Judge.